IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ESMERALDA ESCOBAR on behalf of herself individually AND ALL OTHERS SIMILARLY SITUATED,<br>Plaintiffs,<br><br>v.<br><br>SPRING CYPRESS FINO, INC, and CROATIA GROUP, L.L.C.<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION<br>FILE NO: 4:17-cv-1231 |

## AGREED FINAL JUDGMENT AGAINST DEFENDANT CROATIA GROUP, L.L.C.

This case involves claims under the Fair Labor Standards Act ("FLSA") brought by Plaintiff Esmeralda Escobar against Defendants Spring Cypress FINO, Inc., and Croatia Group, L.L.C. Defendant Croatia Group, L.L.C. notified the court on of the filing of the Acceptance by Plaintiffs of the Offer of Judgment, dated August 18, 2017 (see docket entry # 19).

Plaintiff Esmeralda Escobar and Defendant Croatia Group, L.L.C. hereby notify the court that they have agreed on the attorney's fees and costs accrued by plaintiffs. Plaintiffs and Defendant Croatia Group, L.L.C. jointly request that this court enter judgment as follows.

It is hereby ordered a final judgment is entered against Defendant Croatia Group, L.L.C. for the amounts as follows:

- 1. Esmeralda Escobar $3,000.00,
- 2. Attorney's Fees awarded to The Law Offices of Joe M. Williams & Associates, P.L.L.C. in the amount of $6,750.00.
- 3. Costs and Expenses in the amount of $525.00.

1

The clerk of court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rules 58 and 68 of the Federal Rules of Civil Procedure against Defendant Croatia Group, L.L.C..

DONE the _____ day of _____, 2017.

                                                                                  HON. KENNETH M. HOYT
                                                                                  UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

THE LAW OFFICE OF
JOE M. WILLIAMS & ASSOCIATES, P.L.L.C.

_/s/ Joe Micah Williams_

Joe Micah Williams
State Bar No. 24063066
Fed ID No. 997092
810 Highway 6 S., Suite 111
Houston, Texas 77079
Telephone: (832) 230-4125
Facsimile: (832) 230-5310

**ATTORNEY FOR PLAINTIFFS**

**WAUSON ♦ PROBUS**

By _/s/ Anabel King_
    /Anabel King
    State Bar No. 24067659 / ID No. 1012318
    aking@w-plaw.com
One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478
(281) 242-0303 (Telephone)
(281) 242-0306 (Facsimile)

COUNSEL FOR DEFENDANT,
CROATIA GROUP, LLC