Case 4:17-cv-01231   Document 21   Filed on 11/03/17 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 03, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ESMERALDA ESCOBAR, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-1231 |
| § | |
| SPRING CYPRESS FINO, INC., *et al*, § § | |
| Defendants. § | |

### AGREED FINAL JUDGMENT AGAINST
### DEFENDANT CROATIA GROUP, L.L.C.

This case involves claims under the Fair Labor Standards Act ("FLSA") brought by the plaintiff, Esmeralda Escobar against the defendants', Spring Cypress FINO, Inc., and Croatia Group, L.L.C. Defendant Croatia Group, L.L.C. notified the court on of the filing of the Acceptance by the plaintiffs of the Offer of Judgment, dated August 18, 2017 (see docket entry# 19). The plaintiff, Esmeralda Escobar and the defendant Croatia Group, L.L.C. hereby notify the Court that they have agreed on the attorney's fees and costs accrued by the plaintiffs. The plaintiffs and the defendant Croatia Group, L.L.C. jointly request that this Court enter judgment as follows.

It is hereby ORDERED a final judgment is entered against defendant Croatia Group, L.L.C. for the amounts as follows:

1. Esmeralda Escobar $3,000.00,

2. Attorney's Fees awarded to The Law Offices of Joe M. Williams & Associates, P.L.L.C. in the amount of $6,750.00.

3. Costs and Expenses in the amount of $525.00.

The clerk of court is **DIRECTED** to enter this document on the civil docket *as* a final judgment pursuant to Rules 58 anc168 of the Federal Rules of Civil Procedure against the defendant, Croatia Group, L.L.C.

This is a Final Judgment.

SIGNED on this 3rd day of November, 2017.

_____
Kenneth M. Hoyt
United States District Judge